IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,          ORDER FOR RESTITUTION
                 Plaintiff,
                                                    13-cr-046-wmc
     v.

WILLIAM T. MCEACHIN,
GWENDOLYN L. HERBERT,
DIANA D. BONDS and
SHATEARA Q. ROGERS,

                 Defendants.

---

On September 16, October 10, October 25 and December 11, 2013, respectively, defendants were sentenced terms of imprisonment in case number 13-CR-46. At the time of the sentencing hearing, restitution was unable to be determined. The parties have since advised the court that they have agreed to restitution amounts for each defendant as indicated in Appendix A. After considering these amounts in light of the record in this case as a whole, the court now adopts those amounts as reasonable. Accordingly, each defendant shall pay restitution to the Clerk of Court for the Western District of Wisconsin as set forth below.

IT IS ORDERED that each defendant pay restitution as follows:

     **McEachin**:    $5,746.51     alone
                          $9,938.23     joint and several with Rodgers and Helm
                          $5,830.89     joint and several with Bonds
                          $4,927.15     joint and several with Herbert
                          $1,438.00     joint and several with Bonds and Herbert
                          $3,233.44     joint and several with Rogers
               Total:   $31,104.22

     **Herbert**:     $5,746.51     alone
                          $4,927.15     joint and several with McEachin
                          $1,438.00     joint and several with Bonds and McEachin
               Total:   $15,981.81

| **Rodgers**: | $9,938.23 | joint and several with McEachin and Helm |
| --- | --- | --- |
| | $3,233.44 | joint and several with McEachin |
| Total: | $13,161.67 | |

| **Bonds**: | $ 340.73 | alone |
| --- | --- | --- |
| | $5,830.89 | joint and several with McEachin |
| | $1,438.00 | joint and several with McEachin and Herbert |
| Total: | $7,609.62 | |

IT IS FURTHER ORDERED that the clerk's office shall disburse these payments to the victims as directed by further order of the court in Appendix B.

Pursuant to 18 U.S.C. § 3664(f)(3)(B), each defendant is to begin making nominal payments of a minimum of $100 each month, beginning within 90 days of that defendant's release from custody. Defendants shall provide notification of a change in his or her financial condition and the supervising probation officer may adjust the monthly payment as appropriate.

No interest is to accrue on the unpaid portion of the restitution.

In all other respects, the judgments against each defendant remain as previously entered.

Entered this 17th day of January, 2014.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge